IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY BLOUNT and
KAHNE BLOUNT                                                                                    PLAINTIFF

v.                                        Case No. 4:21-cv-4053

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                                          DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw Motion to Compel. ECF No. 21. Defendant moves the Court to withdraw its Motion to Compel (ECF No. 20). Upon consideration, the Court finds that the Motion to Withdraw (ECF No. 21) should be and hereby is **GRANTED**. Defendant's Motion to Compel (ECF No. 20) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 2nd day of November, 2022.

                                                   /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 Chief United States District Judge